No. 78–1190. WALKER v. NEWGENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1192. GINSBURG, FELDMAN & BRESS v. DEPARTMENT OF ENERGY. C. A. D. C. Cir. Certiorari denied.

No. 78–1200. SANTOS ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–1204. HONICKER v. NUCLEAR REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–1210. MOENCKMEIER ET UX. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1229. A–OK MOTOR LINES, INC. (KAUFMAN, TRUSTEE IN BANKRUPTCY) v. NORTH ALABAMA EXPRESS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1230. MORELOCK ET AL. v. NCR CORP. C. A. 6th Cir. Certiorari denied.

No. 78–1240. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–1264. HENDERSON ET AL. v. FORT WORTH INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1266. MATHIAS v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 78–1274. THOMPSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.